# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries, Ltd.**, *et al.*, | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors. | Honorable Carol A. Doyle |
| **Ronald R. Peterson,** as chapter 7 trustee for Mack Industries, Ltd., | |
| Plaintiff, | |
| v. | |
| **American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co. Inc.,** | Adversary No. 19-00437 |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Ronald R. Peterson, as chapter 7 trustee for Mack Industries, Ltd. and Defendant American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co. Inc. hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the voluntary dismissal of the captioned adversary proceeding with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 14, 2021

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd.

By: /s/ *Ariane Holtschlag*
One of His Attorneys

**American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co. Inc.**

By: _____
One of Its Attorneys

Prepared by:
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-4830
Email:  aholtschlag@wfactorlaw.com